UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60020-DIMITROULEAS

UNITED STATES OF AMERICA,

                       Plaintiff,

vs.

JONATHAN MARKOVICH,
RICHARD WASERSTEIN,
DANIEL MARKOVICH,
CHRISTOPHER GARNTO,
JOSE SANTEIRO,
DREW LIEBERMAN,
MARIO KUSTURA, and
FRANK BOSCH, JR.,

                       Defendants.

## NOTICE

THIS Court gives Notice that the FBI has investigated an allegation of wire fraud/embezzlement against the Court's ninety-five and ninety-six (95 and 96) year old in-laws, who live in the Court's home. Any objection to the Court's remaining on the case should be voiced at the upcoming calendar call

Done and Ordered at Ft. Lauderdale, Broward County, Florida this 15th day of March, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies: Counsel of record